in *advance* of the "impartial trial," which has been guarantied to every citizen.   If such impartial trial shall result in a verdict to the effect that the citizen has offended "against the peace and dignity of the State," we are not prepared to say, even upon the score of public policy, that he should not be made, if able, to bear the expense of the trial to which he had subjected her.

For these reasons, the judgment of the criminal court is reversed.

# THE STATE OF MISSOURI *vs.* URIEL WRIGHT.

### APPEAL FROM ST. LOUIS CRIMINAL COURT.

Judge BIRCH delivered the opinion of the court.

The facts in this case being precisely as in a case between the same parties (No. 87,) the same judgment will be entered.

# THE STATE OF MISSOURI *vs.* URIEL WRIGHT.

### APPEAL FROM ST. LOUIS CRIMINAL COURT.

Judge BIRCH delivered the opinion of the court.

This case being precisely similar to the one between the same parties (No. 87,) the same judgment will be entered.